# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Robert Levy            DATE:  11/21/19

DOCKET NUMBER:   16CR241(CBA)             LOG #:  3:04 - 3:08pm

DEFENDANT'S NAME:   Deovaldo Gutierrez Alfaro
     _X_ Present      ___ Not Present      ___ Custody      _X_ Bail

DEFENSE COUNSEL:   John Wallenstein
     ___ Federal Defender      _X_ CJA      ___ Retained

A.U.S.A:   Temidayo Aganga-Williams            CLERK:   E. Williams

INTERPRETER:  Estrelita Plested       (Language) Spanish

_X_  Defendant arraigned on the: ___ indictment _✓_ superseding indictment ___ probation violation

_✓_  Defendant pleads NOT GUILTY to ALL counts.

___  DETENTION HEARING Held.   _X_  Defendant's first appearance.

  ___  Bond set at _____  Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___  Defendant advised of bond conditions set by the Court and signed the bond.
  ___  Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___  (Additional) surety/ies to co-sign bond by _____
  ___  After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___  Temporary Order of Detention Issued.  Bail Hearing set for _____

_✓_  At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_✓_  Order of Excludable Delay/Speedy Trial entered.  Start 11/21/19  Stop 12/2/19
___  Medical memo issued.

___  Defendant failed to appear, bench warrant issued.

_✓_  Status conference set for  12/2/19 @ 10:00am before Judge Amon

Other Rulings: _____